UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

USA

v.   Case No: 2:15-CR-12-02

Joshua Tyler Fulp

**CLERK'S MINUTES**
Proceeding:  Initial Appearance and Arraignment
(hearing held in Fargo)

| | |
|---|---|
| Presiding Judge:  U.S. Magistrate Judge Alice Senechal | Date:  Thursday, February 26, 2015 |
| Deputy Clerk:  Lisa Clark | Time:  10:35am |
| USPO:  Heather Achtenberg-Heck | Recess: 10:59am |
| Digital Recorder: 150226-000.mp3 | |

Counsel for USA: Scott Schneider, AUSA appearing obo Christopher Myers, AUSA
Counsel for Defendant:  Joseph Quinn, CJA  *(via video from Grand Forks)*

-------------------------------------------------------------------------------------------------------------------

Court calls case and notes appearances.  Defendant is present in Fargo.  Attorney Quinn is appearing via video from Grand Forks.  Attorney Quinn consents to proceeding via video for today's proceedings.

Court explains certain constitutional rights.  Defendant understands.
Court asks defendant educational and competency questions.

Court reviews completed Financial Affidavit.  Court determines defendant qualifies for court appointed counsel.  Court appoints attorney Joseph Quinn to represent defendant.  Defendant is satisfied with counsel.

Court reads indictment.  Court discusses charge and maximum penalties.  Court explains trial rights.  Defendant understands.

Defendant enters a plea of  NOT GUILTY.

Jury trial to begin April 28, 2015.  Pretrial order to be filed.

USA comments on bond report prepared by USPO.  No objection to release conditions recommended by USPO.  USPO needs to contact treatment facility to determine they will accept defendant back.

<u>Defendant will released under the following conditions</u>:
no alcohol/drug use
submit to drug and alcohol testing
travel restricted between Hazelden treatment facility and North Dakota for court proceedings
report to USPO as directed
must follow all rules at Hazelden Addiction Treatment Center, St. Paul, MN
no contact with any co-defendants or potential witnesses

Defendant agrees to follow all the conditions.  Defendant will remain in custody until USPO has verified defendant can return to Hazelden Addiction Treatment Center.


Recess.